UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA
for the use and benefit of
ALADDIN CONSTRUCTION COMPANY, INC.　　　　　　　　**PLAINTIFF**

V.　　　　　　　　　　　　　　　　CIVIL NO. 1:15-cv-295-HSO-JCG

WESTERN SURETY COMPANY
and SATTERFIELD AND PONTIKES
CONSTRUCTION COMPANY, INC.　　　　　　　　　　**DEFENDANTS**

**FINAL JUDGMENT OF DISMISSAL**

The parties have announced to the Court a settlement of this case, and that they are in agreement that this matter should be dismissed with prejudice. Plaintiff's Unopposed Motion to Dismiss With Prejudice [31]. Accordingly, the Court, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion to Dismiss With Prejudice [31] is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the above captioned civil action is **DISMISSED WITH PREJUDICE** as to all parties, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 19th day of February, 2016.

　　　　　　　　　　　　　　　　　　*s/ Halil Suleyman Ozerden*
　　　　　　　　　　　　　　　　　　HALIL SULEYMAN OZERDEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE